UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA JOHNSON, et al.,

    Plaintiffs,

v.

NAPA VALLEY WINE TRAIN, INC., et al.,

    Defendants.

Case No. 15-cv-04515-TEH

**ORDER TERMINATING MOTIONS TO DISMISS AND STRIKE AS MOOT AND VACATING HEARING**

Based on the timely filing of an amended complaint, the pending motions to dismiss and strike (Docket No. 13) are terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated: 11/17/15

_____

THELTON E. HENDERSON
United States District Judge