Waukeen Q. McCoy, Esq., SBN 168228
Law Offices of Waukeen Q. McCoy
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 675-7705
Facsimile: (415) 675-2530
E-mail: mail@mccoyslaw.com

Attorney for Plaintiffs (See Signature Page)

Thomas P. Mazzucco, Esq., SBN 139758
tmazzucco@mpbf.com
Patrick J. Wingfield, Esq., SBN 265140
pwingfield@mpbf.com
Anjali Kulkarni, Esq., SBN 292999
akulkarni@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Defendants (See Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA JOHNSON; KATHERINE NEAL; DEBORAH NEAL; ALLISA CARR; DININNE NEAL; SANDRA JAMERSON; LINDA CARLSON; DEBRA REYNOLDS; GEORGIA LEWIS; BRIANA ROSENBERG; TIRA MCDONALD, as individuals<br><br>    Plaintiffs,<br><br>v.<br><br>NAPA VALLEY WINE TRAIN, INC.; NOBLE HOUSE HOTELS & RESORTS, LTD. dba NOBLE HOUSE HOTELS & RESORTS, LTD. L.P.; BROOKS STREET PROPERTY MANAGEMENT, INC.; KIM POWERS, an individual; KIRA MCMANUS DEVITT, an individual; and ANNA MARQUINN, an individual;<br><br>    Defendants. | **Case No.:** 3:15-cv-04515-TEH<br> MODIFIED<br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION RE: MEDIATION, CONTINUANCE OF CASE MANAGEMENT CONFERENCE & CASE MANAGEMENT PLAN**<br><br>**U.S. District Judge**: Hon. Thelton E. Henderson<br>**CMC Date**:    February 29, 2016<br>**CMC Time**:    1:30 p.m.<br>**Location**: San Francisco Courthouse<br>            Courtroom 2, 17th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, CA  94102 |

- 1 -

IT IS HEREBY ORDERED that the parties Stipulation [Docket No. 46] regarding mediation, continuing the currently scheduled case management conference, and case management plan is GRANTED as follows:

**ORDER**

**1.** The parties shall privately mediate this action before one of the following mediators: (a) Hon. Kevin McCarthy (ret.); or (b) Hon. Alfred Chiantelli (ret.), depending on availability. The mediation shall occur not later than **April 15, 2016**.

**2.** The Case Management Conference currently calendared for February 29, 2016 is continued to _____May 16___, 2016 at ___1:30 PM_____. The parties shall file a Case Management Conference statement at least ~~five (5) court~~ seven (7) days before the continued Case Management Conference.

**3.** The parties shall not conduct any discovery (written or oral) between February 22, 2016 and April 15, 2016.

**4.** Defendants' deadline to file a responsive pleading to Plaintiffs' second-amended complaint ("SAC") is **April 29, 2016**. Defendants shall not file a responsive pleading to the SAC before **April 15, 2016**.

IT IS SO ORDERED.

Dated: 02/23/2016

_____
**HON. THELTON E. HENDERSON**
**United States District Judge**

**CERTIFICATE OF SERVICE**

I, Hannah K. Lincecum, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On February 22, 2016, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING STIPULATION RE: MEDIATION, CONTINUANCE OF CASE MANAGEMENT CONFERENCE & CASE MANAGEMENT PLAN**

| ✓ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 22, 2016, I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: |
|---|---|

| Waukeen L. McCoy<br>Law Offices of Waukeen Q. McCoy<br>555 Montgomery Street, Suite 1100<br>San Francisco, CA  94103<br>mail@mccoyslaw.com<br>wqm@mccoyslaw.com | Attorney For Plaintiffs<br>LISA JOHNSON; KATHERINE NEAL; DEBORAH NEAL; ALLISA CARR; DININNE NEAL; SANDRA JAMERSON; LINDA CARLSON; DEBRA REYNOLDS; GERGIA LEWIS; BRIANA ROSENBERG; and TIRA MCDONALD |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 22, 2016.


By: */s/ Hannah K. Lincecum*
Hannah K. Lincecum

- 3 -
**[PROPOSED] ORDER RE: STIPULATION**
**Case No. 3:15-cv-04515-TEH**