Waukeen Q. McCoy, Esq., SBN 168228
mail@mccoyslaw.com
LAW OFFICES OF WAUKEEN Q. MCCOY
555 Montgomery Street, Suite 1100
San Francisco, CA 94111
Tel:  (415) 675-7705
Fax:  (415) 675-2530

Attorney for Plaintiffs (See Signature Page)

Thomas P. Mazzucco, Esq., SBN 139758
tmazzucco@mpbf.com
Patrick J. Wingfield, Esq., SBN 265140
pwingfield@mpbf.com
Anjali Kulkarni, Esq., SBN 292999
akulkarni@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Defendants (See Signature Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA JOHNSON; KATHERINE NEAL; DEBORAH NEAL; ALLISA CARR; DININNE NEAL; SANDRA JAMERSON; LINDA CARLSON; DEBRA REYNOLDS; GEORGIA LEWIS; BRIANA ROSENBERG; TIRA MCDONALD, as individuals,<br><br>           Plaintiffs,<br><br>v.<br><br>NAPA VALLEY WINE TRAIN, INC.; NOBLE HOUSE HOTELS & RESORTS, LTD. dba NOBLE HOUSE HOTELS & RESORTS, LTD. L.P.; BROOKS STREET PROPERTY MANAGEMENT, INC.; KIM POWERS, an individual; KIRA MCMANUS DEVITT, an individual; and ANNA MARQUINN, an individual;,<br><br>           Defendants. | Case No.: 3:15-cv-04515-TEH<br><br>**NOTICE OF CONFIDENTIAL SETTLEMENT AND STIPULATION TO STAY ALL PROCEEDINGS**<br><br>**U.S. District Judge**: Hon. Thelton E. Henderson |

Plaintiffs LISA JOHNSON, KATHERINE NEAL, DEBORAH NEAL, ALLISA CARR, DININNE NEAL, SANDRA JAMERSON, LINDA CARLSON, DEBRA REYNOLDS, GEORGIA LEWIS, BRIANA ROSENBERG, AND TIRA MCDONALD (collectively, "Plaintiffs"), by and through their attorney of record Waukeen Q. McCoy of the LAW OFFICES OF WAUKEEN Q. MCCOY, and Defendants NAPA VALLEY WINE TRAIN, INC., NOBLE HOUSE HOTELS AND RESORTS, LTD., dba NOBLE HOUSE HOTELS & RESORTS, LTD. L.P., BROOKS STREET PROPERTY MANAGEMENT, INC., KIRA MCMANUS DEVITT, KIM POWERS, and ANNA MARROQUIN[1], (collectively, "Defendants"), by and through their attorney of record Patrick J. Wingfield of MURPHY PEARSON BRADLEY & FEENEY, P.C., hereby agree and stipulate as follows:

## RECITALS

**A.** Plaintiffs have filed a civil lawsuit, as amended, against Defendants for, *among other things*, racial discrimination in violation of 42 U.S.C. § 2000d, *et seq.*, 42 U.S.C. § 1983, 42 U.S.C. § 1985, and Cal. Civ. Code § 51, *et seq.*, libel, slander, and breach of contract.

**B.** On or about April 14, 2016, the parties attended private mediation with the Honorable Alfred Chiantelli (ret.) and entered into a *confidential* settlement agreement entitled Stipulation for Conditional Settlement and Release ("Settlement Agreement").

**C.** In light of the settlement, the parties now desire to stay all proceedings in the above-captioned action until all conditions under the Settlement Agreement have been met by Defendants.

## AGREEMENT & STIPULATION

**1.** All proceedings in above-captioned action are stayed until all conditions under the Settlement Agreement have been met by Defendants.

**2.** Except as specifically modified by this Stipulation, all of the terms, covenants, and conditions of the Settlement Agreement shall remain unmodified and in full force and effect.

//
//
//
//

---

[1] Erroneously sued as "Anna Marquinn."

4. This Stipulation may be executed in any number of counterparts, each of which so executed shall be deemed an original of this Stipulation ("<u>Counterparts</u>"). These Counterparts shall together constitute one agreement. The execution of this Stipulation by any of the parties will not become effective until the Counterparts have been duly executed by all parties. For purposes of expediting this Stipulation, faxed or pdf signatures are deemed to be valid as original signatures.

**IT IS SO STIPULATED.**

Dated: May 9, 2016      **LAW OFFICES OF WAUKEEN Q. McCOY**

By: /s/ *Waukeen Q. McCoy, Esq.*
    Waukeen Q. McCoy, Esq.
    Attorney for Plaintiffs
    LISA JOHNSON, KATHERINE NEAL, DEBORAH NEAL, ALLISA CAR, DININNE NEAL, SANDRA JAMERSON, LINDA CARLSON, DEBRA REYNOLDS, GEORGIA LEWIS, BRIANA ROSENBERG, AND TIRA MCDONALD

Dated: May 9, 2016      **MURPHY, PEARSON, BRADLEY & FEENEY**

By: /s/ *Patrick J. Wingfield, Esq.*
    Thomas P. Mazzucco, Esq.
    Patrick J. Wingfield, Esq.
    Anjali Kulkarni, Esq.
    Attorneys for Defendants
    NAPA VALLEY WINE TRAIN, INC., NOBLE HOUSE HOTELS & RESORTS, LTD. DBA NOBLE HOUSE HOTELS & RESORTS, LTD. L.P., BROOKS STREET PROPERTY MANAGEMENT, INC., KIM POWERS, KIRA MCMANUS DEVITT, AND ANNA MARROQUIN

PJW.21069218.docx

**CERTIFICATE OF SERVICE**

I, Hannah K. Lincecum, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, CA 94108.

On May 9, 2016, I served the following document(s) on the parties in the within action:

**NOTICE OF CONFIDENTIAL SETTLEMENT AND STIPULATION TO STAY ALL PROCEEDINGS**

| ✓ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 9, 2016, I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: |
|---|---|

Waukeen L. McCoy  
Law Offices of Waukeen Q. McCoy  
555 Montgomery Street, Suite 1100  
San Francisco, CA 94103  
mail@mccoyslaw.com  
wqm@mccoyslaw.com

Attorney For Plaintiffs  
LISA JOHNSON; KATHERINE NEAL; DEBORAH NEAL; ALLISA CARR; DININNE NEAL; SANDRA JAMERSON; LINDA CARLSON; DEBRA REYNOLDS; GERGIA LEWIS; BRIANA ROSENBERG; and TIRA MCDONALD

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 9, 2016.

By: */s/ Hannah K. Lincecum*  
Hannah K. Lincecum