UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA JOHNSON, et al.,

    Plaintiffs,

  v.

NAPA VALLEY WINE TRAIN, INC., et al.,

    Defendants.

Case No. 15-cv-04515-TEH

**ORDER DISMISSING CASE**

On June 1, 2016, this Court approved the parties' stipulation to stay all proceedings for ninety days. The Court's order further provided that, "In the event the above-captioned action is not dismissed on or before the conclusion of this ninety (90) day period, the parties agree the above-captioned action shall be dismissed with prejudice." ECF No. 58 at 2. More than ninety days have passed since the Court's order, and this case has not yet been dismissed. Accordingly, pursuant to the June 1, 2016 order, this action is now DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 09/12/16

                    /s/ Thelton Henderson
THELTON E. HENDERSON
United States District Judge